**Andrew G. HARVEY, Petitioner— Appellant,**

**v.**

**Ben CURRY, Warden, Respondent— Appellee.**

**No. 09–15905.**

United States Court of Appeals, Ninth Circuit.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted March 8, 2011.*

Filed March 10, 2011.

Andrew G. Harvey, Soledad, CA, pro se.

Steven Grant Warner, Deputy Attorney General, Office of the California Attorney General, San Francisco, CA, for Respondent–Appellee.

Before: FARRIS, LEAVY, and BYBEE, Circuit Judges.

## MEMORANDUM **

California state prisoner Andrew G. Harvey appeals pro se from the district court's judgment denying his 28 U.S.C. § 2254 habeas petition. We dismiss.

Harvey contends that the Board's 2004 decision to deny him parole was not supported by "some evidence" and therefore violated his due process rights. After briefing was completed in this case, this court held that a certificate of appealability ("COA") is required to challenge the denial of parole. *See Hayward v. Marshall,* 603 F.3d 546, 554–55 (9th Cir.2010) (en banc). Now the Supreme Court has held that the only federal right at issue in the parole context is procedural, and the only proper inquiry is what process the inmate received, not whether the state court decided the case correctly. *See Swarthout v. Cooke,* —— U.S. ——, —— – ——, 131 S.Ct. 859, 862–63, 178 L.Ed.2d 732 (2011). Because Harvey raises no procedural chal-

lenges, a COA cannot issue, and we dismiss the appeal for lack of jurisdiction. *See* 28 U.S.C. § 2253(c)(2).

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

